John A. Siemer and Herman H. Siemer, as Executors and Trustees, etc., of John C. Siemer, Deceased. John A. Siemer and Herman H. Siemer, as Executors and Trustees, etc., of John C. Siemer, Deceased, Appellants; Irene A. Siemer, as General Guardian of Dorothy Siemer, an Infant, etc., Respondent.— Motion for reargument denied, with ten dollars costs payable out of the estate. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of Fannie Taylor, Widow of the Decedent and Testamentary Guardian of the Infants Alexander Arthur Taylor and Beatrice Taylor, under the Last Will and Testament of David Taylor, Deceased, for an Order Adjudging and Decreeing Israel N. Thurman and Samuel Fischman, Executors and Trustees under the Last Will and Testament of David Taylor, Deceased, Guilty of Contempt, etc. Fannie Taylor, etc., Appellant; Israel N. Thurman and Another, etc., Respondents.— Motion to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

Hans Krieg, Respondent, v. Olim Garage & Transportation Company, Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

Land Finance Corporation, Respondent, v. Frank Giorgio, Jr., Trustee in Bankruptcy, Substituted in Place of Nox Realty Corporation, Appellant, Impleaded with Meyer Blumberg and Others, Defendants.— Motion for reargument granted and upon reargument order in so far as it denies the motion to set aside the sale and direct a new sale and to vacate the deficiency judgment reversed on the law and the facts, without costs, and motion granted to that extent. In all other respects the order is affirmed, without costs. We are of opinion that the price at which the property was sold was grossly inadequate; and because of this and of the fact that appellant had no actual notice of the sale, there should be a direction for a new sale in the interests of justice. No undertaking is required because of the assurance of counsel for appellant, given on the argument, that there would be a bid on the resale up to the amount due respondent upon the mortgage, with interest and costs. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

Peter H. McNulty and Herbert W. McNulty, Copartners, etc., Respondents, v. Theresa C. Kammerer and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

Harriet E. Murray and Others, Respondents, v. Rubel Coal and Ice Corporation, Now Known as Rubel Corporation, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

Catherine Rohrig, Respondent, v. Montauk Realty Security Co., Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

Michael Rowley and Isabella Rowley, as Administrators of Michael Rowley, Deceased, Respondent, v. Brooklyn Furniture Company, Appellant.—